Abner Jonathan GONZALEZ–
DELGADO, Petitioner,

v.

Loretta E. LYNCH, Attorney
General, Respondent.

No. 13–72624.

United States Court of Appeals,
Ninth Circuit.

Submitted April 22, 2015.*

Filed April 30, 2015.

Abner Jonathan Gonzalez–Delgado, Yu-
caipa, CA, pro se.

Robert Markle, Senior Litigation Coun-
sel, OIL, DOJ–U.S. Department of Justice,
Washington, DC, Chief Counsel ICE, Of-
fice of the Chief Counsel Department of
Homeland Security, San Francisco, CA,
for Respondent.

Before: GOODWIN, BYBEE, and
CHRISTEN, Circuit Judges.

MEMORANDUM **

Abner Jonathan Gonzalez–Delgado, a
native and citizen of Guatemala, petitions
pro se for review of the Board of Immigra-
tion Appeals' ("BIA") order affirming an
immigration judge's decision denying his
application for withholding of removal and
protection under the Convention Against
Torture ("CAT"). We have jurisdiction
under 8 U.S.C. § 1252. We review for
substantial evidence the agency's factual

findings, *Zehatye v. Gonzales*, 453 F.3d
1182, 1184–85 (9th Cir.2006), and we deny
the petition for review.

Substantial evidence supports the BIA's
determination that, even if Gonzalez–Del-
gado was a member of a particular social
group, he failed to establish past persecu-
tion or a clear probability of future harm
on account of a protected ground. *See
Parussimova v. Mukasey*, 555 F.3d 734,
741 (9th Cir.2009) ("[T]o demonstrate that
a protected ground was 'at least one cen-
tral reason' for persecution, an applicant
must prove that such ground was a cause
of the persecutors' acts."); *see also Zetino
v. Holder*, 622 F.3d 1007, 1016 (9th Cir.
2010) (petitioner's "desire to be free from
harassment by criminals motivated by
theft or random violence by gang members
bears no nexus to a protected ground").
Thus, Gonzalez–Delgado's withholding of
removal claim fails.

Gonzalez–Delgado does not challenge
the agency's denial of his CAT claim. *See
Martinez–Serrano v. INS*, 94 F.3d 1256,
1259 (9th Cir.1996) (issues not supported
by argument are deemed waived).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.